**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-1750)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Attorneys for Plaintiff

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/28/07

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438,<br><br>                    Plaintiff,<br><br>        -vs-<br>TAYLOR BABY in rem,<br>EDWIN RYBACKI, in personam,<br>RITA RYBACKI, in personam, and<br>MARC RYBACKI, in personam<br><br>                    Defendants. | Civil Action No. 07-CIV-6823<br><br><br>**ORDER DESIGNATING THE TIMES HERALD RECORD AS A NEWSPAPER OF GENERAL CIRCULATION** |

**WHEREAS**, in accordance with Rule C(4) and Rule C(6) of the Supplemental Rules for

Certain Admiralty and Maritime Claims, the plaintiff moves this Court to designate The Times Herald

Record, a newspaper of general circulation to publish the notice of the arrest of the vessel.

Upon motion of Plaintiff, Lakeland Bank, IT IS

**ORDERED** on this _28_ day of _August_, 2007, that notice (in the form annexed

hereto) of an action and arrest of the Taylor Baby shall be published in the Times Herald Record.

This notice shall identify the action and arrest and shall specify that all interested parties shall file

claims within ten (10) days after publication and answer within twenty (20) days after claims are filed.

**WHEREFORE**, it is on this _____ day of _____, 2007 ordered that The Times Herald Record be designated as a newspaper of general circulation for the publication of the notice of arrest.

_____
                                    U.S.D.J.

## PUBLICATION OF NOTICE OF ARREST

Lakeland Bank vs. Taylor Baby, in rem, et al
Civil Action No. 07-CIV-6823

Notice is hereby given that on August 13, 2007, upon the filing of a Verified Complaint in the above captioned action, the U.S. Marshal, on behalf of plaintiff Lakeland Bank, arrested the Taylor Baby while located at Storm King Marina, 2899 Route 9W, New Windsor, New York, pursuant to a Warrant of Arrest issued by the Clerk of the United States District Court for the Southern District of New York. Any person having a right of possession or any ownership in the property must file their claim within ten (10) days after publication of this notice and must file an Answer to the Complaint herein within twenty (20) days of the date of this publication.

Andrew J. Goldstein, Esq.
Goldstein Isaacson, PC
100 Morris Avenue, 3rd floor
Springfield, New Jersey 07081