**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-1750)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438, <br><br> Plaintiff, <br><br> -vs- <br> TAYLOR BABY in rem, <br> EDWIN RYBACKI, in personam, <br> RITA RYBACKI, in personam, and <br> MARC RYBACKI, in personam <br><br> Defendants. | Civil Action No. 07 Civ. 6823(SAS) <br><br><br> **ORDER AUTHORIZING WARRANT TO ARREST AND ATTACHMENT** |

**WHEREAS**, on July 30, 2007, plaintiff, Lakeland Bank, filed its Complaint In Rem for damages alleged to be due plaintiff in the amount of $310,106.92 and praying for issuance of a warrant for the arrest of the TAYLOR BABY, her bunkers, engines, tackle, apparel, furniture, equipment, and all other necessaries thereunto appertaining and belonging to the TAYLOR BABY, the subject of this action, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

**WHEREAS**, the proposed warrant for the arrest of said vessel or property would command the United States Marshal to attach any and all of the defendant's property within the Southern District of New York; and

Upon reviewing the Verified Complaint and good cause being shown for the issuance of process for the vessel or other property,

**IT IS THEREFORE**, on this 30th day of July, 2007

**ORDERED**, that the Clerk issue a warrant for arrest of the TAYLOR BABY, her bunkers, engines, tackle, apparel, furniture, equipment, and all other necessaries thereunto appertaining and belonging, and that supplemental process enforcing the Court's order may be issued by the Clerk upon application without further order of the Court; and it is

**FURTHER ORDERED**, that the United States Marshal for the Southern District of New York shall forthwith at the direction of the attorneys for the plaintiff serve the Warrant for Arrest and the Verified Complaint upon the TAYLOR BABY, her bunkers, engines, tackle, apparel, furniture, equipment, and all other necessaries thereunto appertaining and belonging, within the district; and it is

**FURTHER ORDERED**, that plaintiff releases the United States Marshal from any and all liability and responsibility arising out of care and custody of the defendant vessel, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging to said vessel. Plaintiff further agrees to hold harmless and indemnify the United States and the Marshall from any and all claims whatsoever arising out of it's possession and safekeeping of the vessel; and it is

**FURTHER ORDERED**, that any and all persons having or claiming to have any and all interest therein be cited to appear and answer under oath all and singular the matters set forth in the Verified Complaint, all as previously set forth in the Verified Complaint; and it is

**FURTHER ORDERED**, that any person claiming an interest in the property arrested

pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the plaintiff, be entitled to an Order requiring the plaintiff to show cause forthwith why the arrest should not be vacated or other relief granted; and it is

**FURTHER ORDERED**, that a copy of this Order with a copy of the Warrant for Arrest and Complaint attached be served with the said process of maritime arrest.

_____ U.S.D.J.  7/30/07