| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Lakeland Bank | COURT CASE NUMBER<br>07 CIV 6823 |
|---|---|
| DEFENDANT<br>Taylor Baby | TYPE OF PROCESS<br>Warrant for arrest |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
vessel - Taylor Baby

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Storm King Marina 2899 Route 9W, New Windsor, NY 12553

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andrew Goldstein, Esq.
Goldstein Isaacson, PC
100 Morris Ave. 3rd floor
Springfield NJ 07081

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve warrant, for arrest, verified complaint and order on Taylor Baby.

Andrew J. Goldstein, Esq.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 973-258-0500

DATE: 8-1-07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: [handwritten notes, partially illegible] ... co-owner of Storm King Marina, Scott Morris ... has been appointed as substitute custodian for the USMS until said vessel can be sold at public auction ...

NOTE

PRIOR EDITIONS MAY BE USED       3. NOTICE OF SERVICE       FORM USM-285 (Rev. 12/15/80)