**U.S. DISTRICT COURT OF THE S[TAT]E/CITY OF NEW YORK**
COUNTY OF: **SOUTHERN NY**   ATTORNEY: **ANDREW J. GOLDSTEIN, ESQ.**



| | | |
|---|---|---|
| **LAKELAND BANK**<br>- against -<br>**TAYLOR BABY, ET AL** | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>INDEX#<br>07 CIV 6823 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

**MALGORZATA SLADEK**, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in **NY**.
That on date/time: 10/17/2007  08:00PM, at 2848 LINDALE STREET  WANTAGH  NY
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
  [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: **RITA RYBACKI**
  [X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
By personally delivering to and leaving with said RITA RYBACKI
and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR ARREST

**CORPORATION B [ ]**
By delivering to and leaving with _____
at _____
and that he knew the person so served to be the SON _____ of the corporation.

**SUITABLE AGE PERSON C [X]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with MARC RYBACKI
a person of suitable age and discretion at 2848 LINDALE STREET  WANTAGH  NY
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at:   1. 09/10/2007 07:40PM   2. _____   3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E [X]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at 2848 LINDALE STREET WANTAGH NY
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on 10/17/2007.

**MAILING TO BUSINESS E2 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 10/17/2007.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [X] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [ ] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [X] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

17  day of October , 2007

Notary Signature: _____
Name of Notary: JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

I, MALGORZATA SLADEK, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server _____  Date 10/17/2007

RR    RR

JUSTICE COURT OF THE S E/CITY OF NEW YORK
COUNTY OF: SOUTHERN NY   ATTORNEY: ANDREW J. GOLDSTEIN, ESQ.



| | Petitioner(s) | AFFIDAVIT |
|---|---|---|
| LAKELAND BANK | Plaintiff(s) | OF SERVICE |
| - against - | Respondent(s) | |
| TAYLOR BABY, ET AL | Defendant(s) | INDEX# |
| | | 07 CIV 6823 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

MALGORZATA SLADEK, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in NY.
That on date/time: 10/17/2007 08:00PM, at 2848 LINDALE STREET WANTAGH NY
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summonses(es)

On: EDWIN RYBACKI
[X] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said EDWIN RYBACKI and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR ARREST

**CORPORATION B [ ]** By delivering to and leaving with _____ at _____ and that he knew the person so served to be the SON _____ of the corporation.

**SUITABLE AGE PERSON C [X]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with MARC RYBACKI
a person of suitable age and discretion at 2848 LINDALE STREET WANTAGH NY
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. 09/10/2007 07:40PM  2. _____ 3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ] Use with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on 10/17/2007.

**MAILING TO BUSINESS E2 [ ] Use with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 10/17/2007.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION Use with A,B,C,D**
[X] Male       [X] White Skin    [X] Black Hair    [ ] White Hair   [ ] 14 - 20 Yrs.   [ ] Under 5'      [ ] Under 100 Lbs.
[ ] Female    [ ] Black Skin    [ ] Brown Hair    [ ] Balding       [ ] 21 - 35 Yrs.   [ ] 5'0" - 5'3"   [ ] 100 - 130 Lbs.
               [ ] Yellow Skin   [ ] Blonde Hair   [ ] Moustache    [X] 36 - 50 Yrs.   [ ] 5'4" - 5'8"   [ ] 131 - 160 Lbs.
               [ ] Brown Skin    [ ] Gray Hair     [ ] Beard         [ ] 51 - 65 Yrs.   [X] 5'9" - 6'0"   [X] 161 - 200 Lbs.
               [ ] Red Skin      [ ] Red Hair      [ ] Glasses       [ ] Over 65 Yrs.   [ ] Over 6'       [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]** Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

17 day of October, 2007

Notary Signature: /s/ Sully
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012
Name of Notary

I, MALGORZATA SLADEK, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server          10/17/2007
                                     Date



District COURT OF THE S E/CITY OF NEW YORK
COUNTY OF: SOUTHERN NY    ATTORNEY: ANDREW J. GOLDSTEIN, ESQ.



| | | |
|---|---|---|
| LAKELAND BANK<br>- against -<br>TAYLOR BABY, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>INDEX#<br>07 CIV 6823 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

MALGORZATA SLADEK, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in NY.
That on date/time: 10/17/2007 08:00PM, at 2848 LINDALE STREET WANTAGH NY
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: MARC RYBACKI
[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [X] ARREST**
By personally delivering to and leaving with said MARC RYBACKI
and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR

**CORPORATION B [ ]**
By delivering to and leaving with _____ at _____
and that he knew the person so served to be the SELF _____ of the corporation.

**SUITABLE AGE PERSON C [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at:   1. 09/10/2007 07:40PM   2. _____   3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ] Use with C or D**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on 10/17/2007.

**MAILING TO BUSINESS E2 [ ] Use with C or D**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 10/17/2007.

**F [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION Use with A,B,C,D**
[X] Male        [X] White Skin      [X] Black Hair     [ ] White Hair    [ ] 14 - 20 Yrs.   [ ] Under 5'      [ ] Under 100 Lbs.
[ ] Female      [ ] Black Skin      [ ] Brown Hair     [ ] Balding       [ ] 21 - 35 Yrs.   [ ] 5'0" - 5'3"   [ ] 100 - 130 Lbs.
                [ ] Yellow Skin     [ ] Blonde Hair    [ ] Moustache     [X] 36 - 50 Yrs.   [ ] 5'4" - 5'8"   [ ] 131 - 160 Lbs.
                [ ] Brown Skin      [ ] Gray Hair      [ ] Beard         [ ] 51 - 65 Yrs.   [X] 5'9" - 6'0"   [X] 161 - 200 Lbs.
                [ ] Red Skin        [ ] Red Hair       [ ] Glasses       [ ] Over 65 Yrs.   [ ] Over 6'       [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

17 day of October, 2007
Notary Signature: _JSulle_
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
Name of Notary   My Commission Expires April 24, 2012

I, MALGORZATA SLADEK,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

_____ 10/17/2007
Signature of Process Server    Date