**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-1750)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438,<br><br>    Plaintiff,<br><br>-vs-<br>TAYLOR BABY in rem,<br>EDWIN RYBACKI, in personam,<br>RITA RYBACKI, in personam, and<br>MARC RYBACKI, in personam<br><br>    Defendants. | Civil Action No. 07-CIV-6823<br><br>**PARTIAL JUDGMENT AGAINST TAYLOR BABY IN THE AMOUNT OF $304,808.21** |

  This matter having been opened to the Court on the application of Andrew J. Goldstein, Esq., of the law firm of Goldstein Isaacson, PC, attorneys for plaintiff, for a partial judgment and the Clerk having noted that default having been entered and, noting the Affidavit of Andrew J. Goldstein, Esq. annexed hereto;

  IT IS on this ___ day of December, 2007, ORDERED that:

  Judgment be granted on behalf of the plaintiff against the defendant, TAYLOR BABY in the amount of $290,956.46, plus interest in the amount of $13,851.75 through October 2, 2007 for a total of $304,808.21, with a per diem of $59.70, plus attorney fees, interest, and administrative costs of suit, including the fees due the substitute custodian to be sought upon further application to the Court.

**IT IS FURTHER ORDERED** that a copy of the within Judgment shall be served upon all interested parties within ~~five~~ business days of the date hereof.

_____
Honorable Judge Shira A. Scheindlin