**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-1750)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No.  (973) 258-0500
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438,<br><br>Plaintiff,<br><br>-vs-<br>TAYLOR BABY in rem,<br>EDWIN RYBACKI, in personam,<br>RITA RYBACKI, in personam, and<br>MARC RYBACKI, in personam<br><br>Defendants. | Civil Action No. 07-CIV-6823<br><br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST EDWIN AND RITA RYBACKI, IN PERSONAM** |

The Summons and Complaint were served upon the defendants Edwin and Rita Rybacki, by a process server on October 17, 2007.  (See proof of service and letter to defendants giving further notice of action pending, annexed hereto).  No extension of time has been granted or responsive pleading received.  See Affidavit of Andrew J. Goldstein, Esq., annexed here and made a part hereof.

**WHEREFORE,** it is requested that default be hereby entered against the defendants, Edwin and Rita Rybacki, in personam, with costs and attorney fees.

12-13-07

_____
ANDREW J. GOLDSTEIN, ESQ.

**Service of Process:**

1:07-cv-06823-SAS Lakeland Bank v. Baby et al
ECF

# U.S. District Court

## United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Goldstein, Andrew on 11/7/2007 at 4:47 PM EST and filed on 11/7/2007
**Case Name:**           Lakeland Bank v. Baby et al
**Case Number:**         1:07-cv-6823
**Filer:**               Lakeland Bank
**Document Number:** 10

**Docket Text:**

AFFIDAVIT OF SERVICE. Edwin Rybacki served on 10/17/2007, answer due 11/6/2007; Rita Rybacki served on 10/17/2007, answer due 11/6/2007; Marc Rybacki served on 10/17/2007, answer due 11/6/2007. Service was accepted by Marc Rybacki. Document filed by Lakeland Bank. (Goldstein, Andrew)

**1:07-cv-6823 Notice has been electronically mailed to:**

Andrew James Goldstein     agoldstein@goldisaac.com

**1:07-cv-6823 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
STAMP dcecfStamp_ID=1008691343 [Date=11/7/2007] [FileNumber=3977847-0
[92aa21fdca18f22870d503b7976d5d522fcf1f4677dd7553c809267ba7a5896230d
2ed2d43e12114ce0124104242a45b30aec48d0e474689de80d839131d6f4]]

_DISTRICT_ COURT OF THE S E/CITY OF NEW YORK
COUNTY OF: **SOUTHERN NY** ATTORNEY: **ANDREW J. GOLDSTEIN, ESQ.**

| | | |
|---|---|---|
| **LAKELAND BANK** <br> - against - <br> **TAYLOR BABY, ET AL** | Petitioner(s) <br> Plaintiff(s) <br> Respondent(s) <br> Defendant(s) | **AFFIDAVIT OF SERVICE** <br> INDEX# <br> 07 CIV 6823 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

MALGORZATA SLADEK____, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in **NY**

That on date/time: 10/17/2007  08:00PM  , at 2848 LINDALE STREET   WANTAGH NY
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: RITA RYBACKI

[X] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL** By personally delivering to and leaving with said RITA RYBACKI
**A [ ]** and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR
**ARREST** ARREST

**CORPORATION** By delivering to and leaving with
**B [ ]** at
and that he knew the person so served to be the SON____ of the corporation.

**SUITABLE** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
**AGE PERSON** By delivering a true copy thereof to and leaving with MARC RYBACKI
**C [X]** a person of suitable age and discretion at 2848 LINDALE STREET   WANTAGH NY
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO** By affixing a true copy thereof to the door of said premises, the same being the recipient's
**DOOR, ETC.** [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve
**D [ ]** the above named recipient on/at:   1. 09/10/2007  07:40PM   2. ____   3. ____
Deponent spoke with ____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
**RESIDENCE** to recipient's last known residence at _2848 LINDALE STREET  WANTAGH NY_
**E [X]** and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
Use with C or D within New York State on 10/17/2007  .

**MAILING TO** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
**BUSINESS** to recipient's actual place of business at
**E2 [ ]** in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
Use with C or D legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 10/17/2007  .

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT**
**DESCRIPTION**
Use with A,B,C,D

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [X] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [ ] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [X] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features:

**WITNESS FEE** Witness fee of $0   the authorizing traveling expenses and one day's witness fee:
**G [ ]** [ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
**SERVICE** capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my
**[X]** information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

I, ____     MALGORZATA SLADEK,
17____ day of October____ , 2007 was at the time of service a competent adult
not having a direct interest in the litigation.
Notary Signature: I declare under penalty of perjury that the
foregoing is true and correct.

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expiration
My Commission Expires April 24, 2012

Name of Notary Signature of Process Server   10/17/2007
Date

RR   ECX

JUSTICE _____ COURT OF THE S    E/CITY OF NEW YORK
COUNTY OF: **SOUTHERN NY** ATTORNEY: **ANDREW J. GOLDSTEIN, ESQ.**

2007090716 2727

|  |  |  |
|---|---|---|
| **LAKELAND BANK** | Petitioner(s) | **AFFIDAVIT** |
| - against - | Plaintiff(s) | **OF SERVICE** |
| **TAYLOR BABY, ET AL** | Respondent(s) | |
| | Defendant(s) | INDEX# |
| | | 07 CIV 6823 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

MALGORZATA SLADEK ____ , being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ___ NY
That on date/time: 10/17/2007  08:00PM , at 2848 LINDALE STREET   WANTAGH  NY
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: EDWIN RYBACKI

[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

| | | |
|---|---|---|
| **INDIVIDUAL**<br>**A** [ ]<br>**ARREST** | By personally delivering to and leaving with said EDWIN RYBACKI<br>and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR |
| **CORPORATION**<br>**B** [ ] | By delivering to and leaving with ____<br>at ____<br>and that he knew the person so served to be the SON ____ of the corporation. |
| **SUITABLE**<br>**AGE PERSON**<br>**C** [X] | Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:<br>By delivering a true copy thereof to and leaving with MARC RYBACKI<br>a person of suitable age and discretion at 2848 LINDALE STREET   WANTAGH  NY<br>the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. |
| **AFFIXING TO**<br>**DOOR, ETC.**<br>**D** [ ] | By affixing a true copy thereof to the door of said premises, the same being the recipient's<br>[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve<br>the above named recipient on/at:   1. 09/10/2007  07:40PM   2. ____   3. ____<br>Deponent spoke with ____ who stated to deponent that the said recipient(s)<br>lived at the aforementioned address, but did not know recipient's place of employment. |
| **MAILING TO**<br>**RESIDENCE**<br>**E1** [ ]<br>Use with C or D | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient<br>to recipient's last known residence at ____<br>and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service<br>within New York State on 10/17/2007 . |
| **MAILING TO**<br>**BUSINESS**<br>**E2** [ ]<br>Use with C or D | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient<br>to recipient's actual place of business at ____<br>in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the<br>legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication<br>was from an attorney or concerned an action against the recipient and mailed on 10/17/2007 . |
| **F** [X] | DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.<br>DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS: |

| **VOID WITHOUT**<br>**DESCRIPTION**<br>Use with A,B,C,D | [X] Male<br>[ ] Female | [X] White Skin<br>[ ] Black Skin<br>[ ] Yellow Skin<br>[ ] Brown Skin<br>[ ] Red Skin | [X] Black Hair<br>[ ] Brown Hair<br>[ ] Blonde Hair<br>[ ] Gray Hair<br>[ ] Red Hair | [ ] White Hair<br>[ ] Balding<br>[ ] Moustache<br>[ ] Beard<br>[ ] Glasses | [ ] 14 - 20 Yrs.<br>[ ] 21 - 35 Yrs.<br>[X] 36 - 50 Yrs.<br>[ ] 51 - 65 Yrs.<br>[ ] Over 65 Yrs. | [ ] Under 5'<br>[ ] 5'0" - 5'3"<br>[ ] 5'4" - 5'8"<br>[X] 5'9" - 6'0"<br>[ ] Over 6' | [ ] Under 100 Lbs.<br>[ ] 100 - 130 Lbs.<br>[ ] 131 - 160 Lbs.<br>[X] 161 - 200 Lbs.<br>[ ] Over 200 Lbs. |
|---|---|---|---|---|---|---|---|
| | Other identifying features: | | | | | | |

| **WITNESS FEE**<br>**G** [ ] | Witness fee of $0   the authorizing traveling expenses and one day's witness fee:<br>[ ] was paid (tendered) to the recipient   [ ] was mailed to the witness with subpoena copy. |
|---|---|
| **MILITARY**<br>**SERVICE**<br>[X] | I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any<br>capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my<br>information and the grounds of my belief are the conversations and observations above narrated. |

Subscribed and Sworn to me this

I, ____ MALGORZATA SLADEK,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

17 ____ day of October , 2007

Notary Signature: ____

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

Name of Notary ____

Signature of Process Server                    10/17/2007
                                                                Date





_DISTRICT_ COURT OF THE STATE/CITY OF NEW YORK
COUNTY OF: **SOUTHERN NY** ATTORNEY: **ANDREW J. GOLDSTEIN, ESQ.**

2007090716 2909

|  |  |
|---|---|
| **LAKELAND BANK**<br>- against -<br>**TAYLOR BABY, ET AL** | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX#
07 CIV 6823

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

__MALGORZATA SLADEK__ , being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in __NY__
That on date/time: __10/17/2007  08:00PM__ , at __2848 LINDALE STREET   WANTAGH NY__
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: MARC RYBACKI                   [X] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A [X]**
**ARREST**

By personally delivering to and leaving with said MARC RYBACKI
and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR

**CORPORATION**
**B [ ]**

By delivering to and leaving with _____
at _____
and that he knew the person so served to be the SELF _____ of the corporation.

**SUITABLE**
**AGE PERSON**
**C [ ]**

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO**
**DOOR, ETC.**
**D [ ]**

By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve
the above named recipient on/at: 1. 09/10/2007  07:40PM    2. _____ 3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO**
**RESIDENCE**
**E1 [ ]**
Use with C or D

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on 10/17/2007 .

**MAILING TO**
**BUSINESS**
**E2 [ ]**
Use with C or D

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on 10/17/2007 .

**F [X]**

DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT**
**DESCRIPTION**
Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [X] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [ ] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51 - 65 Yrs. | [X] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE**
**G [ ]**

Witness fee of $0  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY**
**SERVICE**
**[X]**

I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. _Defendant wore civilian clothes and no military uniform._ The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

17
day of October , 2007

Notary Signature: _____

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
Name of Notary   Commission Expiration
My Commission Expires April 24, 2012

I, _____ MALGORZATA SLADEK,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

_____ 10/17/2007
Signature of Process Server   Date

1 a.

# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

**100 MORRIS AVENUE**

3rd FLOOR

**SPRINGFIELD, NEW JERSEY 07081**

TEL: (973) 258-0500

FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**Via Certified Mail and Regular Mail**

Edwin Rybacki
3248 Lindale Street
Wantagh, New York 11793

Re:     **Lakeland Bank v. Edwin & Rita Rybacki, et als.**
        **Civil Action No. 07-CIV-6823**

Dear Mr. Rybacki:

The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ANDREW J. GOLDSTEIN

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edwin Rybacki
3248 Lindale St.
Wantagh, NY
11793

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7002 2030 0007 1396 7654

# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

**100 MORRIS AVENUE**

3rd FLOOR

**SPRINGFIELD, NEW JERSEY 07081**

TEL: (973) 258-0500

FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**<u>Via Certified Mail and Regular Mail</u>**

Rita Rybacki
3248 Lindale Street
Wantagh, New York 11793

> **Re:     Lakeland Bank v. Edwin & Rita Rybacki, et als.**
> **Civil Action No. 07-CIV-6823**

Dear Mrs. Rybacki:

The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ANDREW J. GOLDSTEIN

# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

**100 MORRIS AVENUE**

3rd FLOOR

**SPRINGFIELD, NEW JERSEY 07081**

TEL: (973) 258-0500

FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

<u>**Via Certified Mail and Regular Mail**</u>

Marc Rybacki
3248 Lindale Street
Wantagh, New York 11793

       **Re:**    **Lakeland Bank v. Edwin & Rita Rybacki, et als.**
                **Civil Action No. 07-CIV-6823**

Dear Mr. Rybacki:

      The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

      Should you have any questions, please do not hesitate to contact the undersigned.

                  Very truly yours,

                  ANDREW J. GOLDSTEIN

