**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-1750)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438,<br><br>              Plaintiff,<br><br>-vs-<br>TAYLOR BABY in rem,<br>EDWIN RYBACKI, in personam,<br>RITA RYBACKI, in personam, and<br>MARC RYBACKI, in personam<br><br>              Defendants. | Civil Action No. 07-CIV-6823<br><br><br><br>**CERTIFICATION OF ANDREW J. GOLDSTEIN, ESQ. IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

ANDREW J. GOLDSTEIN, ESQ., hereby certifies as follows:

1. I am an Attorney-At-Law of the State of New Jersey admitted to practice before the United States District Court for the Southern District of New York, and a partner in the firm of Goldstein Isaacson, PC, attorneys for the plaintiff in the above-entitled action.

2. Annexed hereto and made a part hereof is Proof of Publication of the notice of arrest which appeared in the Times Herald Record, a paper of general circulation, on September 13, 2007, September 14, 2007 and September 16, 2007.

3. Annexed hereto and made a part hereof is proof of service and letter to the defendants giving further notice of an action pending.

4. No answer or contact has been received nor an extension of time to answer has been granted or requested. This Certification is submitted in support of plaintiff's request for entry of default against the defendants, Edwin and Rita Rybacki, in personam.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 12/13/07

ANDREW J. GOLDSTEIN, ESQ.

### Publication of Notice of Arrest

Lakeland Bank vs. Taylor Baby, in rem, et al
Civil Action No. 07-CIV-6823

NOTICE IS HEREBY GIVEN that on August 13, 2007, upon the filing of a Verified Complaint in the above captioned action, the U.S. Marshal, on behalf of plaintiff Lakeland Bank, arrested the Taylor Baby while located at Storm King Marina, 2899 Route 9W, New Windsor, New York, pursuant to a Warrant of Arrest issued by the Clerk of the united States District Court for the Southern District of New York. Any person having a right of possession or any ownership in the property must file their claim within ten (10) days after publication of this notice and must file an Answer to the Complaint herein within twenty (20) days of the date of this publication. Andrew J. Goldstein, Esq. Goldstein Isaacson, PC 100 Morris Avenue, 3rd floor Springfield, New Jersey 07081

## Ad Number: 1980189    Advertiser: GOLDSTEIN ISAACSON
Phone: 9732580500    Sys No: 1229696    Caller: GOLDSTEIN ISAACSON

### INVOICING CUSTOMER:
Phone: 9732580500    Sys No: 1229696    AcctNo:    P.O. No:
Name:        GOLDSTEIN ISAACSON    Subscriber:
Address:     100 MORRIS AVENUE
             3rd floor
             SPRINGFIELD  NJ  07081

### ORDER:
Printed By: THRFODDRIL  Date: 09/10/2007   Assigned Sales: PublicationofNoticeofArrest LakelandBa   AdType: LINER   Order Type: NORMAL
Manual Delay:    Box No:    Call Back: Y
NOTES: OK PAID CC
Change Reason: PAID CC

### INSERTION:
Product: THI    Paper: IN    Class: 999X
Schedule:        Start_Date - 09/13/2007     End_Date - 09/16/2007
Sort: PUBLICATION OF NOTICE OF ARRESTLAKELAND

### PRODUCTION:
Text Size: 2 x 22.00    ProdType: ENTERPRISE    ColorNo: 0    Colors:
Tearsheets: 1    Proofs: 0    Affidavits: 1    Alt Addr: N

### PRICING:
Price: 101.10    Payment Method: CC    Amount Paid: 101.1    Amount Owed: 0
PriceMethod: 0  (0=Normal, 1=User Net, 2=System Gross)   Rate Code: LEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For fields listed below 0 = NO 1 = YES
Till Forbid: 0    Mult. Content: 0

OCT - 1 2007

Service of Process:
1:07-cv-06823-SAS Lakeland Bank v. Baby et al
ECF

## U.S. District Court

## United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Goldstein, Andrew on 11/7/2007 at 4:47 PM EST and filed on 11/7/2007
Case Name:          Lakeland Bank v. Baby et al
Case Number:        1:07-cv-6823
Filer:              Lakeland Bank
Document Number: 10

Docket Text:
AFFIDAVIT OF SERVICE. Edwin Rybacki served on 10/17/2007, answer due 11/6/2007; Rita Rybacki served on 10/17/2007, answer due 11/6/2007; Marc Rybacki served on 10/17/2007, answer due 11/6/2007. Service was accepted by Marc Rybacki. Document filed by Lakeland Bank. (Goldstein, Andrew)


1:07-cv-6823 Notice has been electronically mailed to:

Andrew James Goldstein     agoldstein@goldisaac.com

1:07-cv-6823 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
STAMP dcecfStamp_ID=1008691343 [Date=11/7/2007] [FileNumber=3977847-0
 [92aa21fdca18f22870d503b7976d5d522fcf1f4677dd7553c809267ba7a5896230d
 32ed2d43e12114ce0124104242a45b30aec48d0e474689de80d839131d6f4]]

~~District~~ COURT OF THE S    E/CITY OF NEW YORK
COUNTY OF: **SOUTHERN NY**  ATTORNEY: **ANDREW J. GOLDSTEIN, ESQ.**

2007090716283 1

**LAKELAND BANK**
- against -
**TAYLOR BABY, ET AL**

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 07 CIV 6823

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

**MALGORZATA SLADEK**, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in **NY**.
That on date/time: **10/17/2007   08:00PM**, at **2848 LINDALE STREET  WANTAGH  NY**
deponent served the within: **SUMMONS AND COMPLAINT, WARRANT FOR ARREST**
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: **RITA RYBACKI**
[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
By personally delivering to and leaving with said **RITA RYBACKI**
and that he knew the person so served to be the person mention and described in said **SUMMONS AND COMPLAINT, WARRANT FOR ARREST**

**CORPORATION B [ ]**
By delivering to and leaving with _____
at _____
and that he knew the person so served to be the **SON** _____ of the corporation.

**SUITABLE AGE PERSON C [X]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with **MARC RYBACKI**
a person of suitable age and discretion at **2848 LINDALE STREET  WANTAGH  NY**
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at:   1. **09/10/2007  07:40PM**   2. _____   3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E [X]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at **2848 LINDALE STREET WANTAGH NY**
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on **10/17/2007**.

**MAILING TO BUSINESS E2 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
In an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on **10/17/2007**.

**F [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D

[X] Male          [X] White Skin    [X] Black Hair    [ ] White Hair    [ ] 14 - 20 Yrs.   [ ] Under 5'       [ ] Under 100 Lbs.
[ ] Female        [ ] Black Skin    [ ] Brown Hair    [ ] Balding       [ ] 21 - 35 Yrs.   [ ] 5'0" - 5'3"    [ ] 100 - 130 Lbs.
                  [ ] Yellow Skin   [ ] Blonde Hair   [ ] Moustache     [X] 36 - 50 Yrs.   [ ] 5'4" - 5'8"    [ ] 131 - 160 Lbs.
                  [ ] Brown Skin    [ ] Gray Hair     [ ] Beard         [ ] 51 - 65 Yrs.   [X] 5'9" - 6'0"    [X] 161 - 200 Lbs.
                  [ ] Red Skin      [ ] Red Hair      [ ] Glasses       [ ] Over 65 Yrs.   [ ] Over 6'        [ ] Over 200 Lbs.

Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

**17** day of **October**, **2007**

Notary Signature: _____
Name of Notary: **JANIRA SANTIAGO VELEZ**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

I, **MALGORZATA SLADEK**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server _____   Date **10/17/2007**

RR    FG

__DISTRICT__ COURT OF THE S___ E/CITY OF NEW YORK
COUNTY OF: SOUTHERN NY   ATTORNEY: ANDREW J. GOLDSTEIN, ESQ.

**LAKELAND BANK**
- against -
**TAYLOR BABY, ET AL**

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 07 CIV 6823

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

__MALGORZATA SLADEK__, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in __NY__.
That on date/time: __10/17/2007  08:00PM__, at __2848 LINDALE STREET  WANTAGH NY__
deponent served the within: __SUMMONS AND COMPLAINT, WARRANT FOR ARREST__
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: __EDWIN RYBACKI__

[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
**ARREST**
By personally delivering to and leaving with said __EDWIN RYBACKI__
and that he knew the person so served to be the person mention and described in said __SUMMONS AND COMPLAINT, WARRANT FOR__

**CORPORATION B [ ]**
By delivering to and leaving with _____ at _____
and that he knew the person so served to be the __SON__ _____ of the corporation.

**SUITABLE AGE PERSON C [X]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with __MARC RYBACKI__
a person of suitable age and discretion at __2848 LINDALE STREET  WANTAGH NY__
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. __09/10/2007  07:40PM__  2. _____  3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on __10/17/2007__.

**MAILING TO BUSINESS E2 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on __10/17/2007__.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D

[X] Male  [X] White Skin  [X] Black Hair  [ ] White Hair  [ ] 14 - 20 Yrs.  [ ] Under 5'  [ ] Under 100 Lbs.
[ ] Female  [ ] Black Skin  [ ] Brown Hair  [ ] Balding  [ ] 21 - 35 Yrs.  [ ] 5'0" - 5'3"  [ ] 100 - 130 Lbs.
[ ] Yellow Skin  [ ] Blonde Hair  [ ] Moustache  [X] 36 - 50 Yrs.  [ ] 5'4" - 5'8"  [ ] 131 - 160 Lbs.
[ ] Brown Skin  [ ] Gray Hair  [ ] Beard  [ ] 51 - 65 Yrs.  [X] 5'9" - 6'0"  [X] 161 - 200 Lbs.
[ ] Red Skin  [ ] Red Hair  [ ] Glasses  [ ] Over 65 Yrs.  [ ] Over 6'  [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this
__17__ day of __October__, __2007__
Notary Signature: __/s/ Ully__
Name of Notary: JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

I, __MALGORZATA SLADEK__, was at the time of service a competent adult not having a direct interest in the litigation.
I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   Date __10/17/2007__

__District__ COURT OF THE S E/CITY OF NEW YORK
COUNTY OF: SOUTHERN NY   ATTORNEY: ANDREW J. GOLDSTEIN, ESQ.

LAKELAND BANK
- against -
TAYLOR BABY, ET AL

Petitioner(s) / Plaintiff(s) / Respondent(s) / Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 07 CIV 6823

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

**MALGORZATA SLADEK**, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in __NY__.
That on date/time: __10/17/2007 08:00PM__, at __2848 LINDALE STREET WANTAGH NY__
deponent served the within: __SUMMONS AND COMPLAINT, WARRANT FOR ARREST__
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: __MARC RYBACKI__
[X] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [X]** ARREST
By personally delivering to and leaving with said MARC RYBACKI
and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR ARREST

**CORPORATION B [ ]**
By delivering to and leaving with ____ at ____
and that he knew the person so served to be the SELF ____ of the corporation.

**SUITABLE AGE PERSON C [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with ____
a person of suitable age and discretion at ____
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. __09/10/2007 07:40PM__ 2. ____ 3. ____
Deponent spoke with ____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]** Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at ____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on __10/17/2007__.

**MAILING TO BUSINESS E2 [ ]** Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at ____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on __10/17/2007__.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] Male | [X] White Skin | [X] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [X] 36 - 50 Yrs. | [ ] 5'4" - 5'8" | [ ] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Board | [ ] 51 - 65 Yrs. | [X] 5'9" - 6'0" | [X] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: ____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this
__17__ day of __October__, __2007__
Notary Signature: _signature_
Name of Notary: JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expiration
My Commission Expires April 24, 2012

I, __MALGORZATA SLADEK__, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
_signature_   __10/17/2007__
Signature of Process Server   Date

# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

100 MORRIS AVENUE

3rd FLOOR

SPRINGFIELD, NEW JERSEY 07081

TEL: (973) 258-0500
FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**Via Certified Mail and Regular Mail**

Marc Rybacki
3248 Lindale Street
Wantagh, New York 11793

    Re:    **Lakeland Bank v. Edwin & Rita Rybacki, et als.**
            **Civil Action No. 07-CIV-6823**

Dear Mr. Rybacki:

The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ANDREW J. GOLDSTEIN



# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

100 MORRIS AVENUE

3rd FLOOR

SPRINGFIELD, NEW JERSEY 07081

TEL: (973) 258-0500
FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**Via Certified Mail and Regular Mail**

Rita Rybacki
3248 Lindale Street
Wantagh, New York 11793

    Re:    **Lakeland Bank v. Edwin & Rita Rybacki, et als.**
           **Civil Action No. 07-CIV-6823**

Dear Mrs. Rybacki:

    The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

    Should you have any questions, please do not hesitate to contact the undersigned.

                                                      Very truly yours,

                                                      ANDREW J. GOLDSTEIN



# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

100 MORRIS AVENUE

3rd FLOOR

SPRINGFIELD, NEW JERSEY 07081

TEL: (973) 258-0500

FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**Via Certified Mail and Regular Mail**

Edwin Rybacki
3248 Lindale Street
Wantagh, New York 11793

Re:   Lakeland Bank v. Edwin & Rita Rybacki, et als.
      Civil Action No. 07-CIV-6823

Dear Mr. Rybacki:

The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ANDREW J. GOLDSTEIN

