**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-1750)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438, <br><br> Plaintiff, <br><br> -vs- <br> TAYLOR BABY in rem, <br> EDWIN RYBACKI, in personam, <br> RITA RYBACKI, in personam, and <br> MARC RYBACKI, in personam <br><br> Defendants. | Civil Action No. 07-CIV-6823 <br><br> **REQUEST FOR ENTRY OF DEFAULT AGAINST EDWIN AND RITA RYBACKI, IN PERSONAM** |

The Summons and Complaint were served upon the defendants Edwin and Rita Rybacki, by a process server on October 17, 2007. (See proof of service and letter to defendants giving further notice of action pending, annexed hereto). No extension of time has been granted or responsive pleading received.

**WHEREFORE,** it is requested that default be hereby entered against the defendants, Edwin and Rita Rybacki, in personam, with costs and attorney fees.

_____
ANDREW J. GOLDSTEIN, ESQ.

Dated: 01/03, 2008

_District_ COURT OF THE S E/CITY OF NEW YORK
COUNTY OF: **SOUTHERN NY**  ATTORNEY: **ANDREW J. GOLDSTEIN, ESQ.**

20070907162831

**LAKELAND BANK**
- against -
**TAYLOR BABY, ET AL**

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 07 CIV 6823

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

**MALGORZATA SLADEK**, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in **NY**.
That on date/time: **10/17/2007  08:00PM**, at **2848 LINDALE STREET  WANTAGH  NY**
deponent served the within: **SUMMONS AND COMPLAINT, WARRANT FOR ARREST**
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: **RITA RYBACKI**

[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
**ARREST**
By personally delivering to and leaving with said **RITA RYBACKI**
and that he knew the person so served to be the person mention and described in said **SUMMONS AND COMPLAINT, WARRANT FOR**

**CORPORATION B [ ]**
By delivering to and leaving with _____ at _____
and that he knew the person so served to be the **SON** _____ of the corporation.

**SUITABLE AGE PERSON C [X]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with **MARC RYBACKI**
a person of suitable age and discretion at **2848 LINDALE STREET  WANTAGH  NY**
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. 09/10/2007  07:40PM  2. _____  3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [X]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at **2848 LINDALE STREET  WANTAGH  NY**
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on **10/17/2007**.

**MAILING TO BUSINESS E2 [ ]**
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on **10/17/2007**.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION**
Use with A,B,C,D
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

[X] Male    [X] White Skin    [X] Black Hair    [ ] White Hair    [ ] 14 - 20 Yrs.    [ ] Under 5'    [ ] Under 100 Lbs.
[ ] Female  [ ] Black Skin    [ ] Brown Hair    [ ] Balding        [ ] 21 - 35 Yrs.    [ ] 5'0" - 5'3"  [ ] 100 - 130 Lbs.
            [ ] Yellow Skin   [ ] Blonde Hair   [ ] Moustache      [X] 36 - 50 Yrs.    [ ] 5'4" - 5'8"  [ ] 131 - 160 Lbs.
            [ ] Brown Skin    [ ] Gray Hair     [ ] Beard          [ ] 51 - 65 Yrs.    [X] 5'9" - 6'0"  [X] 161 - 200 Lbs.
            [ ] Red Skin      [ ] Red Hair      [ ] Glasses        [ ] Over 65 Yrs.    [ ] Over 6'      [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

17 day of October, 2007
Notary Signature: _____
Name of Notary: **JANIRA SANTIAGO VELEZ**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

I, **MALGORZATA SLADEK**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    10/17/2007
Date

RR

JUSTICE COURT OF THE S E/CITY OF NEW YORK
COUNTY OF: SOUTHERN NY   ATTORNEY: ANDREW J. GOLDSTEIN, ESQ.

2007090716272?

LAKELAND BANK
- against -
TAYLOR BABY, ET AL

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 07 CIV 6823

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

MALGORZATA SLADEK, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in NY
That on date/time: 10/17/2007 08:00PM, at 2848 LINDALE STREET WANTAGH NY
deponent served the within: SUMMONS AND COMPLAINT, WARRANT FOR ARREST
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
On: EDWIN RYBACKI
[X] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
**ARREST**
By personally delivering to and leaving with said EDWIN RYBACKI and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT, WARRANT FOR

**CORPORATION B [ ]**
By delivering to and leaving with _____ at _____
and that he knew the person so served to be the SON _____ of the corporation.

**SUITABLE AGE PERSON C [X]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with MARC RYBACKI
a person of suitable age and discretion at 2848 LINDALE STREET WANTAGH NY
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. 09/10/2007 07:40PM   2. _____   3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]** Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on 10/17/2007.

**MAILING TO BUSINESS E2 [ ]** Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 10/17/2007.

**F [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D
[X] Male   [X] White Skin   [X] Black Hair   [ ] White Hair   [ ] 14 - 20 Yrs.   [ ] Under 5'   [ ] Under 100 Lbs.
[ ] Female   [ ] Black Skin   [ ] Brown Hair   [ ] Balding   [ ] 21 - 35 Yrs.   [ ] 5'0" - 5'3"   [ ] 100 - 130 Lbs.
             [ ] Yellow Skin   [ ] Blonde Hair   [ ] Moustache   [X] 36 - 50 Yrs.   [ ] 5'4" - 5'8"   [ ] 131 - 160 Lbs.
             [ ] Brown Skin   [ ] Gray Hair   [ ] Beard   [ ] 51 - 65 Yrs.   [X] 5'9" - 6'0"   [X] 161 - 200 Lbs.
             [ ] Red Skin   [ ] Red Hair   [ ] Glasses   [ ] Over 65 Yrs.   [ ] Over 6'   [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient   [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

17 day of October, 2007

Notary Signature: /s/ _____
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

Name of Notary

I, MALGORZATA SLADEK, was at the time of service a competent adult not having a direct interest in the litigation.
I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   10/17/2007   Date



# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

100 MORRIS AVENUE

3rd FLOOR

SPRINGFIELD, NEW JERSEY 07081

TEL: (973) 258-0500
FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**Via Certified Mail and Regular Mail**

Rita Rybacki
3248 Lindale Street
Wantagh, New York 11793

Re: Lakeland Bank v. Edwin & Rita Rybacki, et als.
Civil Action No. 07-CIV-6823

Dear Mrs. Rybacki:

The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ANDREW J. GOLDSTEIN

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): M. Rybacki    C. Date of Delivery: 1/2-07
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Rita Rybacki
3248 Lindale St.
Wantagh, NY
11793

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label): 7002 2030 0007 1396 7647

# GOLDSTEIN ISAACSON, PC

ATTORNEYS AT LAW

100 MORRIS AVENUE

3rd FLOOR

SPRINGFIELD, NEW JERSEY 07081

TEL: (973) 258-0500

FAX: (973) 258-0707

WWW.GOLDISAAC.COM

October 30, 2007

**Via Certified Mail and Regular Mail**

Edwin Rybacki
3248 Lindale Street
Wantagh, New York 11793

Re: Lakeland Bank v. Edwin & Rita Rybacki, et als.
Civil Action No. 07-CIV-6823

Dear Mr. Rybacki:

The Summons with Complaint attached was served upon you or a member of your family by a process server on or about October 17, 2007. Your response is due on or before November 6, 2007.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

ANDREW J. GOLDSTEIN

---

[Certified Mail Return Receipt card]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edwin Rybacki
3248 Lindale St.
Wantagh, NY
11793

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0007 1396 7654

PS Form 3811, February 2004    Domestic Return Receipt