**GOLDSTEIN ISAACSON, PC**
Andrew J. Goldstein (AG-7150)
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Telephone No. (973) 258-0500
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lakeland Bank, a New Jersey Charter State Bank, with its principal place of business at 250 Oak Ridge Road, Oak Ridge, New Jersey 07438,<br><br>           Plaintiff,<br><br>-vs-<br>TAYLOR BABY in rem,<br>EDWIN RYBACKI, in personam,<br>RITA RYBACKI, in personam, and<br>MARC RYBACKI, in personam<br><br>           Defendants. | Civil Action No. 07-CIV-6823 (SAS)<br><br>**MOTION FOR ORDER**<br>**FOR SALE OF VESSEL**<br>**PURSUANT TO RULE E(9)** |

     Plaintiff hereby moves before this Honorable Court for an Order permitting the sale of the vessel, Taylor Baby, *in rem*, on April 4, 2008 at 12:00 p.m., pursuant to Rule E (9) of the Supplemental Rules for Certain Admiralty and Maritime Claims. The plaintiff relies upon the accompanying Certification of Andrew J. Goldstein, Esq. in support of this motion. A proposed form of Order is also being submitted herewith.

**GOLDSTEIN ISAACSON, PC**
Attorneys for Plaintiff

By: _____
ANDREW J. GOLDSTEIN

Dated: 2/29/08