# EXHIBIT "A"

# TIMES HERALD-RECORD

40 Mulberry Street, Middletown, NY 10940

State of New York:
County of Orange:    ss:

**Patricia Foddrill**

Being duly sworn deposes and says that the
ORANGE COUNTY PUBLICATIONS Division
of Ottaway Newspapers-Radio, Inc. is a corporation
organized under the laws of the State of New York
and is, at all the times hereinafter mentioned,
was the printer and publisher of The Times Herald-Record,
a daily newspaper distributed in the
Orange, Ulster, Rockland, Dutchess, Pike, PA,
Delaware and Sullivan Counties, published in
the English language in the City of Middletown,
County of Orange, State of New York, that deponent is the

**Legal Advertising Rep.**

of said The Times Herald-Record acquainted with
the facts hereinafter stated, and duly authorized by
said Corporation to make this affidavit; that the

**Public Notice**

a true printed copy of which is hereunto annexed, has been
duly and regularly published in the manner required by law
in said The Times Herald-Record in each of its issues
published upon each of the following dates, to wit:
In its issues of

3/21/08, 3/22/08

3/26/08, 3/27/08

3/30/08, 3/31/08

4/1/08

Signature of Representative:
_Patricia_

Sworn in before me this  2

Day of  Apr  2008

Notary Public, Orange County

GRETCHEN PINA BREEDY
NOTARY PUBLIC FOR THE STATE
OF NEW YORK, ORANGE COUNTY
OATH / SIGNATURE IS ON FILE
COMMISSION EXPIRES 11/29/2009

### Notice of United States Marshal's Sale

By virtue of a judgement for foreclosure of a first preferred ship mortgage and for sale, filed in the Office of the Clerk of the United States District Court for the Southern District of New York on July 30th, 2007, in an action entitled Lakeland Bank, plaintiff, vs. the vessel, Taylor Baby, defendent under Civil Number 07-CIV-6823, I, Joseph R. Guccione, United States Marshal, hereby give notice that I shall expose for sale the vessel Taylor Baby, bearing official number 1123356, documented the Department of Transportation, United States Coast Guard, under official number 1123356, together with her furniture, boilers and engines, etc., AS IS and where is to the highest and best bidder at public auction at Storm King Marina, 2899 Route 9W, New Windsor, New York, on the 4th day of April 2008 at 12:00 p.m.

The terms of sale are as follows: A deposit of 10% of the amount of the bid by money order or certified check made payable to the order of the United States Marshal, which shall be paid forthwith upon conclusion of the bidding. The successful bidder must pay the balance within three (3) days from the date of sale by cashier's or certified check. Failure to do so will result in the bidder's forfeiture of any amounts he, she or it deposited with the United States Marshal. The United States Marshal reserves the right to reject any and all bids not in accordance with the terms of sale. The sale may be adjourned to a later date by the United States Marshal. Lakeland Bank, the plaintiff in this action, is authorized to bid any part of the amount due to it without making a deposit to secure its bid. The sale will be subject to confirmation by the United States District Court and payment of Marshal's fees and expenses of the United States Marshal.

The vessel may be inspected by permission of the United States Marshal, and pursuant to arrangement with Andrew J. Goldstein, Goldstein Isaacson, PC, 100 Morris Avenue, 3rd floor, Springfield, New Jersey 07081, (973)258-0500, attorney for plaintiff.

Joseph R. Guccione
United States Marshal
for the Southern District of New York
New York, New York
(212)331-7200

---

### Ad Number: 2017112   Advertiser: GOLDSTEIN ISAACSON

Phone: 9732580500    Sys No: 1229696    Caller: GOLDSTEIN ISAACSON

### INVOICING CUSTOMER:

Phone: 9732580500    Sys No: 1229696    AcctNo:    P.O. No:

Name:                GOLDSTEIN ISAACSON    Subscriber:

Address:             100 MORRIS AVENUE

                     3RD FLOOR

                     SPRINGFIELD  NJ  07081

### ORDER:

Printed By: THRFODDRIL  Date: 03/19/2008  Assigned Sales:   AdType: LINER   Order Type: NORMAL

Manual Delay:    Box No:    Call Back: Y

NOTES: ppd cc

Change Reason:

### INSERTION:

Product: ALL    Paper: IN   Class: 999X

Schedule:              Start_Date - 03/21/2008    End_Date - 04/01/2008

Sort: NOTICE OF UNITED STATES MARSHALS SALEBY

### PRODUCTION:

Text Size: 2 x 47.00    ProdType: ENTERPRISE   ColorNo: 0   Colors:

Tearsheets: 0   Proofs: 0   Affidavits: 0   Alt Addr: N

### PRICING: